UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON FAUSNIGHT, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-66 |
| | § § | |
| YELLOWJACKET OILFIELD SERVICES, LLC., | § § § | |
| Defendant. | § § | |

### ORDER ON JOINT MOTION FOR ORDER APPROVING SETTLEMENT AND ENTRY OF FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

Pending before this Court is the parties' Joint Motion for Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice. Having considered the parties' Joint Motion, and having found that the parties' settlement is a fair and equitable resolution of a *bona fide* dispute, the Court determines that the parties' Joint Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the parties' settlement is approved and that this action is dismissed in its entirety, with prejudice, the parties to bear their own costs, expenses, and attorneys' fees.

ORDERED this 10th day of March, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE